# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

KATHRYN ROMO and DEAN MURPHY,

    Plaintiffs,

vs.

MLSG, INC. ET AL.,

    Defendants.

Case No.: EDCV 09-02329-CJC(OPx)

**ORDER GRANTING PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

Plaintiffs Kathryn Romo and Dean Murphy move *ex parte* for a temporary restraining order to stop a foreclosure proceeding on their home on 12660 Birch Avenue, Chino, CA 91710. Plaintiffs received a notice of trustee's sale dated November 5, 2009, which informed them that their home would be sold by auction on December 4, 2009. (Compl., Ex. 1.) Plaintiffs filed suit in state court on December 2, 2009, requesting that the court issue a temporary restraining order ("TRO") enjoining Defendants MLSG, Inc., Ocwen Loan Servicing, TLC Financial Services, Cal-Western Reconveyance Corp., and

Vickie Pham (collectively "Defendants") from foreclosing on their home. The state court granted the TRO and ordered Defendants to show cause why a preliminary injunction should not issue. On December 23, 2009, the state court issued the preliminary injunction. Defendants then filed their notice of removal in this Court on December 28, 2009. The foreclosure sale is set to occur on January 5, 2010. In light of the fact that the state court issued a preliminary injunction and the foreclosure sale is set to occur tomorrow, the Court hereby GRANTS Plaintiffs' request for a Temporary Restraining Order and Order to Show Cause.

Defendants MLSG, Inc., OCWEN Loan Servicing, LLC, TLC Financial Services, Cal-Western Reconveyance Corp., Vickie Pham, and each of their principals, agents, representatives and assigns are hereby TEMPORARILY RESTRAINED AND ENJOINED from selling, scheduling to sell or transfer, attempting to sell or transfer, or causing to be sold or transferred, prior to the date of the Order to Show Cause set forth below, the subject property, which is legally described as:

> Lot 25 of Tract 8737, in the City of Chino, County of San Bernardino, State of California, as per map recorded in Book 122, Page9s) 9 Thru 11 of Miscellaneous Maps in the Office of the County Recorder of San Bernardino County.

Defendants are enjoined from enforcing any right arising from the Deed of Trust numbered 2006-0491691, recorded in the County of San Bernardino on July 10, 2006, pending the resolution of this Order to Show Cause.

Defendants are hereby ORDERED TO SHOW CAUSE why a preliminary injunction shall not issue. Any declarations, affidavits, points and authorities, or other submissions in opposition to the issuance of such a preliminary injunction shall be filed with the Court no later than January 11, 2010. Any reply shall be filed no later than January 14, 2010. The hearing on the order to show cause shall

be on January 19, 2010 at 4:30 p.m.  The briefing and hearing dates on the Court's order to show cause can be continued if Defendants consent to the temporary restraining order remaining in effect until the new date scheduled for the hearing.

Plaintiffs shall serve this Temporary Restraining Order and all their moving papers on Defendants within two days of the date of this order.

DATED:     January 4, 2010

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE